## 19348.   HARVEY *v.* THE STATE.

BLOODWORTH, J.   There is no merit in the special grounds of the motion for a new trial, and the evidence, though conflicting, authorized the conviction.   *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*
DECIDED JANUARY 15, 1929.

*J. J. Bull & Son,* for plaintiff in error.
*John B. Guerry, solicitor,* contra.